**JS 6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAE ON PARK,<br><br>    Plaintiff,<br><br>    vs.<br><br>WASHINGTON MUTUAL BANK, F.A., et al.,<br><br>    Defendants.<br>_____ | Case No.: CV 09-5879 DSF (FMOx)<br><br>DISMISSAL JUDGMENT |

The Court having previously issued an Order to Show Cause re Dismissal for Failure to Prosecute and Failure to Comply with Court Orders, and plaintiff not having timely responded or appeared at the hearing,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

DATED: <u>1/12/10</u>

                                               _____
                                               DALE S. FISCHER
                                               United States District Judge